United States District Court
Southern District of Texas

**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS V. GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-215 |
| | § | |
| FRANK BISIGNANO, COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Jesus V. Gonzalez sought review after the Defendant Commissioner of Social Security denied his application for Supplemental Security Income under Title XVI of the Social Security Act. (Pet., Doc. 1)

A United States Magistrate Judge recommends that the Court deny the Petition and affirm the Commissioner's decision. (R&R, Doc. 18)   No party objected to the Report and Recommendation and the deadline for doing so expired on July 30, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 18).  It is:

**ORDERED** that Plaintiff Jesus V. Gonzales' Complaint for Judicial Review of Disallowance of Social Security Benefits (Doc. 1) is **DENIED**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 31, 2026.

Fernando Rodriguez, Jr.
United States District Judge